AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jerel Marquis Heriot,<br>*Plaintiff*<br>v.<br><br>Anthony Lee Safrit *Security Guard*; Tre Thompson *Melted Whiskey Bar "Owner"*; Nelson Rosario *Investigator*; Leshawn Darnell Green *Security Guard*; Derrick Wade *Security Guard*; Jacob Dennis Jr. *Security Guard*; Monica Jezzrica Dennis *Security Guard*; Melted Whiskey Bar *Business Establishment*,<br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.   3:21-cv-02217-SAL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Jerel Marquis Heriot, shall take nothing of the defendants, Anthony Lee Safrit *Security Guard*; Tre Thompson *Melted Whiskey Bar "Owner"*; Nelson Rosario *Investigator*; Leshawn Darnell Green *Security Guard*; Derrick Wade *Security Guard*; Jacob Dennis Jr. *Security Guard*; Monica Jezzrica Dennis *Security Guard* and Melted Whiskey Bar *Business Establishment*, and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sherri A Lydon, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   February 15, 2022                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/L. Baker

                                                                    *Signature of Clerk or Deputy Clerk*